| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Jeffrey D. Larkin 228684**<br>**5927 Balfour Ct., Ste. 201**<br>**Carlsbad, CA 92008**<br>**760-692-2269 Fax: 760-692-2259**<br>**228684 CA**<br>**larkinfirm@gmail.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Mark Allen Beatty**<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **13**<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

| Date: **August 15, 2019** | **Mark Allen Beatty**<br>Printed name of Debtor 1 | /s/ Mark Allen Beatty<br>Signature of Debtor 1 |
|---|---|---|

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                     Printed name of Debtor 2        Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 1002-1.EMP.INCOME.DEC

**CARDINAL**
DEDICATED | DELIVERY | LOGISTICS

| | |
|---|---|
| Employer Name: | Cardinal Logistics Management Corp |
| Employer Phone: | 704-786-6125 |
| Employer Address: | 5333 Davidson Hwy Concord, NC 28027 |

| | |
|---|---|
| Employee Name: | Mark Beatty |
| Employee #: | BEATMA2 |
| Employee Address: | 601 Ridge Pl Crestline, CA 92325 |
| Department: | Driver |
| Job Title: | Company Driver |

| | |
|---|---|
| Pay Date: | 5/31/2019 |
| Pay Period: | 5/19/2019 - 5/25/2019 |
| Deposit Advice #: | 257843233 |
| Pay Frequency: | Weekly |
| Pay Rate: | 12.0000 |
| Federal Filing Status: | Single |
| Federal Exemptions: | 1/$0.00 |
| State Filing Status: | Single; Alt Code 01 (CA) |
| State Exemptions: | 1 (CA) |

| | Current 5/19/2019 - 5/25/2019 | | | YTD As of 5/25/2019 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 4,669.99 | | **$1,895.06** | 61,505.40 | **$40,999.82** |
| Holiday Pay | | | | 24.00 | $653.52 |
| Sick Pay | | | | 64.00 | $1,742.72 |
| Driver Vacation | | | | 40.00 | $1,680.00 |
| Driver Vacation: Cash Out | | | | 40.00 | $1,680.00 |
| CA Stop Unit | 6.00 | 15.6200 | $93.73 | 302.01 | $4,717.37 |
| CA Base Hourly Pay | 57.91 | 12.0000 | $694.92 | 1,114.98 | $13,363.78 |
| CA Meal Break Pay | 4.00 | 12.0000 | $48.00 | 83.11 | $996.18 |
| CA Meal Penalty | 1.00 | 28.3100 | $28.31 | 19.00 | $350.71 |
| CA Break Penalty | 2.00 | 28.3100 | $56.62 | 35.00 | $1,017.45 |
| CA Break Pay | 2.04 | 28.3100 | $57.75 | 40.25 | $1,188.39 |
| CA Regular Mileage Unit (p) | 4,597.04 | 0.1992 | $915.73 | 59,743.05 | $13,609.70 |
| **Memo Information** | | | | | |
| Health Employer | | | $93.66 | | $2,055.77 |
| Dental Employer | | | $0.67 | | $14.74 |
| LTD Employer | | | $3.20 | | $69.26 |
| HSA Match - 2000 Employee | | | | | $500.00 |
| **Pre-Tax Deductions** | | | **$143.14** | | **$3,148.37** |
| Dental Premiums, Pre-Tax | | | $6.02 | | $132.44 |
| Vision Premiums, Pre-Tax | | | $1.14 | | $25.08 |
| HSA Medical Premiums, Pre-Tax | | | $35.98 | | $790.85 |
| HSA2000Employee | | | $100.00 | | $2,200.00 |
| **Taxes** | | | **$544.69** | | **$11,584.69** |
| Fed W/H | | | $271.94 | | $5,727.99 |
| FICA EE | | | $108.62 | | $2,346.79 |
| Fed MWT EE | | | $25.41 | | $548.85 |
| CA W/H | | | $120.20 | | $2,555.54 |
| CA DT EE | | | $18.52 | | $405.52 |
| **Post-Tax Deductions** | | | **$35.82** | | **$788.04** |
| Supplemental Life - Employee | | | $34.20 | | $752.40 |
| AD&D Employee | | | $1.62 | | $35.64 |
| **Reimbursements** | 4.00 | | **$60.00** | 62.00 | **$936.89** |
| TMW - Nordstrom Layover & Meals | 4.00 | 15.0000 | $60.00 | 61.00 | $915.00 |
| TMW - Nordstrom Other (reimburse) | | | | 1.00 | $21.89 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,231.41** | | **$26,415.61** |
| Direct Deposit | | XXXXXXXX | $1,231.41 | | |

| Other Payroll Information | |
|---|---|
| Total Hours Worked | 57.91 |

| Accruals & Balances | | | |
|---|---|---|---|
| VAC Balance: | 26.31 Hours | VAC Accrued: | 1.54 Hours |
| Sick Balance: | 11.93 Hours | Sick Accrued: | 1.33 Hours |
| Floating Holiday Balance: | 0.00 Hours | | |


CERIDIAN

Page 1 of 1

| Employer Name: | Cardinal Logistics Management Corp | Employee Name: | Mark Beatty | Pay Date: | 8/9/2019 |
|---|---|---|---|---|---|
| Employer Phone: | 704-786-6125 | Employee #: | BEATMA2 | Pay Period: | 7/28/2019 - 8/3/2019 |
| Employer Address: | 5333 Davidson Hwy Concord, NC 28027 | Employee Address: | 601 Ridge Pl Crestline, CA 92325 | Deposit Advice #: | 268943825 |
| | | Department: | Driver | Pay Frequency: | Weekly |
| | | Job Title: | Company Driver | Pay Rate: | 12.0000 |
| | | | | Federal Filing Status: | Single |
| | | | | Federal Exemptions: | 1/$0.00 |
| | | | | State Filing Status: | Single; Alt Code 01 (CA) |
| | | | | State Exemptions: | 1 (CA) |

|  | Current 7/28/2019 - 8/3/2019 | | | YTD As of 8/3/2019 | |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 5,107.11 | | $1,876.85 | 109,931.26 | $61,387.20 |
| Holiday Pay | | | | 40.00 | $1,089.20 |
| Sick Pay | | | | 80.00 | $2,178.40 |
| Driver Vacation | | | | 40.00 | $1,680.00 |
| Driver Vacation: Cash Out | | | | 40.00 | $1,680.00 |
| CA Stop Unit | 6.00 | 15.7200 | $94.32 | 381.82 | $5,964.68 |
| CA Base Hourly Pay | 54.04 | 12.0000 | $648.48 | 1,704.15 | $20,433.82 |
| CA Meal Break Pay | 4.00 | 12.0000 | $48.00 | 127.61 | $1,530.18 |
| CA Meal Penalty | | | | 24.00 | $495.88 |
| CA Break Penalty | | | | 40.00 | $1,162.62 |
| CA Break Pay | 2.04 | 31.2400 | $63.73 | 63.54 | $1,868.09 |
| CA Regular Mileage Unit (p) | 5,041.03 | 0.2028 | $1,022.32 | 107,390.13 | $23,304.33 |
| **Memo Information** | | | | | |
| Health Employer | | | $93.66 | | $2,992.37 |
| Dental Employer | | | $0.67 | | $21.44 |
| LTD Employer | | | $3.20 | | $101.26 |
| HSA Match - 2000 Employee | | | | | $500.00 |
| **Pre-Tax Deductions** | | | $86.62 | | $4,510.21 |
| Dental Premiums, Pre-Tax | | | $6.02 | | $192.64 |
| Vision Premiums, Pre-Tax | | | $1.14 | | $36.48 |
| HSA Medical Premiums, Pre-Tax | | | $35.98 | | $1,150.65 |
| HSA2000Employee | | | | | $3,000.00 |
| HSA Catch-up Contribution Flat | | | $43.48 | | $130.44 |
| **Taxes** | | | $554.32 | | $17,676.61 |
| Fed W/H | | | $280.70 | | $8,815.96 |
| FICA EE | | | $110.99 | | $3,526.37 |
| Fed MWT EE | | | $25.96 | | $824.72 |
| CA W/H | | | $118.33 | | $3,904.48 |
| CA DT EE | | | $18.34 | | $605.08 |
| **Post-Tax Deductions** | | | $53.26 | | $1,163.68 |
| Supplemental Life - Employee | | | $34.20 | | $1,094.40 |
| AD&D Employee | | | $1.62 | | $51.84 |
| Allstate Benefits Group Accident | | | $2.74 | | $2.74 |
| Allstate Benefits Indemnity Medical | | | $3.60 | | $3.60 |
| Allstate Benefits Critical Illness | | | $11.10 | | $11.10 |
| **Reimbursements** | 5.00 | | $75.00 | 104.00 | $1,573.63 |
| TMW - Nordstrom Layover & Meals | 5.00 | 15.0000 | $75.00 | 102.00 | $1,530.00 |
| TMW - Nordstrom Other (reimburse) | | | | 2.00 | $43.63 |
|  | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,257.65 | | $39,610.33 |
| Direct Deposit | | XXXXXXXX | $1,257.65 | | |

Handwritten annotations:
- Insurance = 86.79 × 4.33
- x4.33 HSA 188.26
- Taxes x4.33 = 2400.20
- Life Ins x4.33 = 148.08
- x4.33 AD+D = 89.52

| Other Payroll Information | |
|---|---|
| Total Hours Worked | 54.04 |


CERIDIAN



| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | Mark Beatty | | **Pay Date:** | 8/2/2019 | |
| **Employee #:** | BEATMA2 | | **Pay Period:** | 7/21/2019 - 7/27/2019 | |
| **Employee Address:** | 601 Ridge Pl Crestline, CA 92325 | | **Deposit Advice #:** | 267881924 | |
| **Department:** | Driver | | **Pay Frequency:** | Weekly | |
| **Job Title:** | Company Driver | | **Pay Rate:** | 12.0000 | |
| | | | **Federal Filing Status:** | Single | |
| **Employer Name:** | Cardinal Logistics Management Corp | | **Federal Exemptions:** | 1/$0.00 | |
| **Employer Phone:** | 704-786-6125 | | **State Filing Status:** | Single; Alt Code 01 (CA) | |
| **Employer Address:** | 5333 Davidson Hwy Concord, NC 28027 | | **State Exemptions:** | 1 (CA) | |

| | Current 7/21/2019 - 7/27/2019 | | | YTD As of 7/27/2019 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 4,830.09 | | $2,313.90 | 104,824.15 | $59,510.35 |
| Holiday Pay | | | | 40.00 | $1,089.20 |
| Sick Pay | 8.00 | 27.2300 | $217.84 | 80.00 | $2,178.40 |
| Driver Vacation | | | | 40.00 | $1,680.00 |
| Driver Vacation: Cash Out | | | | 40.00 | $1,680.00 |
| CA Stop Unit | 8.00 | 15.6200 | $124.97 | 375.82 | $5,870.36 |
| CA Base Hourly Pay | 70.38 | 12.0000 | $844.56 | 1,650.11 | $19,785.34 |
| CA Meal Break Pay | 5.00 | 12.0000 | $60.00 | 123.61 | $1,482.18 |
| CA Meal Penalty | 1.00 | 26.1700 | $26.17 | 24.00 | $495.88 |
| CA Break Penalty | 1.00 | 26.1700 | $26.17 | 40.00 | $1,162.62 |
| CA Break Pay | 2.72 | 26.1700 | $71.18 | 61.50 | $1,804.36 |
| CA Regular Mileage Unit (p) | 4,733.99 | 0.1992 | $943.01 | 102,349.11 | $22,282.01 |
| **Memo Information** | | | | | |
| Health Employer | | | $93.66 | | $2,898.71 |
| Dental Employer | | | $0.67 | | $20.77 |
| LTD Employer | | | $3.20 | | $98.06 |
| HSA Match - 2000 Employee | | | | | $500.00 |
| **Pre-Tax Deductions** | | | $86.62 | | $4,423.59 |
| Dental Premiums, Pre-Tax | | | $6.02 | | $186.62 |
| Vision Premiums, Pre-Tax | | | $1.14 | | $35.34 |
| HSA Medical Premiums, Pre-Tax | | | $35.98 | | $1,114.67 |
| HSA2000Employee | | | | | $3,000.00 |
| HSA Catch-up Contribution Flat | | | $43.48 | | $86.96 |
| **Taxes** | | | $741.73 | | $17,122.29 |
| Fed W/H | | | $385.60 | | $8,535.26 |
| FICA EE | | | $138.09 | | $3,415.38 |
| Fed MWT EE | | | $32.30 | | $798.76 |
| CA W/H | | | $163.04 | | $3,786.15 |
| CA DT EE | | | $22.70 | | $586.74 |
| **Post-Tax Deductions** | | | $35.82 | | $1,110.42 |
| Supplemental Life - Employee | | | $34.20 | | $1,060.20 |
| AD&D Employee | | | $1.62 | | $50.22 |
| **Reimbursements** | 4.00 | | $60.00 | 99.00 | $1,498.63 |
| TMW - Nordstrom Layover & Meals | 4.00 | 15.0000 | $60.00 | 97.00 | $1,455.00 |
| TMW - Nordstrom Other (reimburse) | | | | 2.00 | $43.63 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,509.73 | | $38,352.68 |
| Direct Deposit | ████ | XXXXXXX████ | $1,509.73 | | |

**Other Payroll Information**

| | |
|---|---|
| Total Hours Worked | 70.38 |

**Accruals & Balances**

| | | | | | |
|---|---|---|---|---|---|
| VAC Balance: | 40.16 Hours | VAC Accrued: | 1.54 Hours | | |
| Sick Balance: | 7.90 Hours | Sick Accrued: | 1.33 Hours | Sick Taken: | 8.00 Hours |
| Floating Holiday Balance: | 0.00 Hours | | | | |



Page 1 of 1

**CARDINAL** — DEDICATED | DELIVERY | LOGISTICS

| | |
|---|---|
| **Employer Name:** | Cardinal Logistics Management Corp |
| **Employer Phone:** | 704-786-6125 |
| **Employer Address:** | 5333 Davidson Hwy, Concord, NC 28027 |

| | |
|---|---|
| **Employee Name:** | Mark Beatty |
| **Employee #:** | BEATMA2 |
| **Employee Address:** | 601 Ridge Pl, Crestline, CA 92325 |
| **Department:** | Driver |
| **Job Title:** | Company Driver |

| | |
|---|---|
| **Pay Date:** | 7/26/2019 |
| **Pay Period:** | 7/14/2019 - 7/20/2019 |
| **Deposit Advice #:** | 266647223 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 12.0000 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 1/$0.00 |
| **State Filing Status:** | Single; Alt Code 01 (CA) |
| **State Exemptions:** | 1 (CA) |

*(handwritten note: "CMT YTD Last check < 8/1/19")*

| | Current 7/14/2019 - 7/20/2019 | | | YTD As of 7/20/2019 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 4,521.56 | | $2,080.87 | 99,994.06 | **$57,196.45** |
| Holiday Pay | | | | 40.00 | $1,089.20 |
| Sick Pay | 8.00 | 27.2300 | $217.84 | 72.00 | $1,960.56 |
| Driver Vacation | | | | 40.00 | $1,680.00 |
| Driver Vacation: Cash Out | | | | 40.00 | $1,680.00 |
| CA Stop Unit | 5.25 | 15.6200 | $82.01 | 367.82 | $5,745.39 |
| CA Base Hourly Pay | 59.92 | 12.0000 | $719.04 | 1,579.73 | $18,940.78 |
| CA Meal Break Pay | 5.00 | 12.0000 | $60.00 | 118.61 | $1,422.18 |
| CA Meal Penalty | 1.00 | 26.8800 | $26.88 | 23.00 | $469.71 |
| CA Break Penalty | 1.00 | 26.8800 | $26.88 | 39.00 | $1,136.45 |
| CA Break Pay | 2.38 | 26.8800 | $63.97 | 58.78 | $1,733.18 |
| CA Regular Mileage Unit (p) | 4,439.01 | 0.1992 | $884.25 | 97,615.12 | $21,339.00 |
| **Memo Information** | | | | | |
| Health Employer | | | $93.66 | | $2,805.05 |
| Dental Employer | | | $0.67 | | $20.10 |
| LTD Employer | | | $3.20 | | $94.86 |
| HSA Match - 2000 Employee | | | | | $500.00 |
| **Pre-Tax Deductions** | | | $186.62 | | $4,336.97 |
| Dental Premiums, Pre-Tax | | | $6.02 | | $180.60 |
| Vision Premiums, Pre-Tax | | | $1.14 | | $34.20 |
| HSA Medical Premiums, Pre-Tax | | | $35.98 | | $1,078.69 |
| HSA2000Employee | | | $100.00 | | $3,000.00 |
| HSA Catch-up Contribution Flat | | | $43.48 | | $43.48 |
| **Taxes** | | | $610.17 | | $16,380.56 |
| Fed W/H | | | $305.67 | | $8,149.66 |
| FICA EE | | | $117.45 | | $3,277.29 |
| Fed MWT EE | | | $27.46 | | $766.46 |
| CA W/H | | | $139.21 | | $3,623.11 |
| CA DT EE | | | $20.38 | | $564.04 |
| **Post-Tax Deductions** | | | $35.82 | | $1,074.60 |
| Supplemental Life - Employee | | | $34.20 | | $1,026.00 |
| AD&D Employee | | | $1.62 | | $48.60 |
| **Reimbursements** | 5.00 | | $75.00 | 95.00 | $1,438.63 |
| TMW - Nordstrom Layover & Meals | 5.00 | 15.0000 | $75.00 | 93.00 | $1,395.00 |
| TMW - Nordstrom Other (reimburse) | | | | 2.00 | $43.63 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,323.26** | | **$36,842.95** |
| Direct Deposit | *(redacted)* | XXXXXXXX*(redacted)* | $1,323.26 | | |

**Other Payroll Information**
Total Hours Worked    59.92

**Accruals & Balances**

| | | | | | |
|---|---|---|---|---|---|
| VAC Balance: | 38.62 Hours | VAC Accrued: | 1.54 Hours | | |
| Sick Balance: | 14.57 Hours | Sick Accrued: | 1.33 Hours | Sick Taken: | 8.00 Hours |
| Floating Holiday Balance: | 0.00 Hours | | | | |


CERIDIAN

Page 1 of 1



| Employer Name: | Cardinal Logistics Management Corp | Employee Name: | Mark Beatty | Pay Date: | 7/19/2019 |
| --- | --- | --- | --- | --- | --- |
| Employer Phone: | 704-786-6125 | Employee #: | BEATMA2 | Pay Period: | 7/7/2019 - 7/13/2019 |
| Employer Address: | 5333 Davidson Hwy Concord, NC 28027 | Employee Address: | 601 Ridge Pl Crestline, CA 92325 | Deposit Advice #: | 265524795 |
| | | Department: | Driver | Pay Frequency: | Weekly |
| | | Job Title: | Company Driver | Pay Rate: | 12.0000 |
| | | | | Federal Filing Status: | Single |
| | | | | Federal Exemptions: | 1/$0.00 |
| | | | | State Filing Status: | Single; Alt Code 01 (CA) |
| | | | | State Exemptions: | 1 (CA) |

| | Current 7/7/2019 - 7/13/2019 | | | YTD As of 7/13/2019 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 5,103.40 | | $2,015.47 | 95,472.51 | $55,115.58 |
| Holiday Pay | | | | 40.00 | $1,089.20 |
| Sick Pay | | | | 64.00 | $1,742.72 |
| Driver Vacation | | | | 40.00 | $1,680.00 |
| Driver Vacation: Cash Out | | | | 40.00 | $1,680.00 |
| CA Stop Unit | 8.50 | 15.6200 | $132.77 | 362.57 | $5,663.38 |
| CA Base Hourly Pay | 62.35 | 12.0000 | $748.20 | 1,519.81 | $18,221.74 |
| CA Meal Break Pay | 5.00 | 12.0000 | $60.00 | 113.61 | $1,362.18 |
| CA Meal Penalty | | | | 22.00 | $442.83 |
| CA Break Penalty | | | | 38.00 | $1,109.57 |
| CA Break Pay | 2.55 | 28.8300 | $73.52 | 56.40 | $1,669.21 |
| CA Regular Mileage Unit (p) | 5,025.00 | 0.1992 | $1,000.98 | 93,176.11 | $20,454.75 |
| **Memo Information** | | | | | |
| Health Employer | | | $93.66 | | $2,711.39 |
| Dental Employer | | | $0.67 | | $19.43 |
| LTD Employer | | | $3.20 | | $91.66 |
| HSA Match - 2000 Employee | | | | | $500.00 |
| **Pre-Tax Deductions** | | | $143.14 | | $4,150.35 |
| Dental Premiums, Pre-Tax | | | $6.02 | | $174.58 |
| Vision Premiums, Pre-Tax | | | $1.14 | | $33.06 |
| HSA Medical Premiums, Pre-Tax | | | $35.98 | | $1,042.71 |
| HSA2000Employee | | | $100.00 | | $2,900.00 |
| **Taxes** | | | $595.88 | | $15,770.39 |
| Fed W/H | | | $300.41 | | $7,843.99 |
| FICA EE | | | $116.08 | | $3,159.84 |
| Fed MWT EE | | | $27.15 | | $739.00 |
| CA W/H | | | $132.51 | | $3,483.90 |
| CA DT EE | | | $19.73 | | $543.66 |
| **Post-Tax Deductions** | | | $35.82 | | $1,038.78 |
| Supplemental Life - Employee | | | $34.20 | | $991.80 |
| AD&D Employee | | | $1.62 | | $46.98 |
| **Reimbursements** | 4.00 | | $60.00 | 90.00 | $1,363.63 |
| TMW - Nordstrom Layover & Meals | 4.00 | 15.0000 | $60.00 | 88.00 | $1,320.00 |
| TMW - Nordstrom Other (reimburse) | | | | 2.00 | $43.63 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,300.63 | | $35,519.69 |
| Direct Deposit | ~~~~ | XXXXXXXX~~ | $1,300.63 | | |

| Other Payroll Information | |
| --- | --- |
| Total Hours Worked | 62.35 |

| Accruals & Balances | | | |
| --- | --- | --- | --- |
| VAC Balance: | 37.08 Hours | VAC Accrued: | 1.54 Hours |
| Sick Balance: | 21.24 Hours | Sick Accrued: | 1.33 Hours |
| Floating Holiday Balance: | 0.00 Hours | | |


CERIDIAN

Page 1 of 1



| Employer Name: | Cardinal Logistics Management Corp | Employee Name: | Mark Beatty | Pay Date: | 7/12/2019 |
|---|---|---|---|---|---|
| Employer Phone: | 704-786-6125 | Employee #: | BEATMA2 | Pay Period: | 6/30/2019 - 7/6/2019 |
| | | Employee Address: | 601 Ridge Pl Crestline, CA 92325 | Deposit Advice #: | 264461376 |
| Employer Address: | 5333 Davidson Hwy Concord, NC 28027 | Department: | Driver | Pay Frequency: | Weekly |
| | | Job Title: | Company Driver | Pay Rate: | 12.0000 |
| | | | | Federal Filing Status: | Single |
| | | | | Federal Exemptions: | 1/$0.00 |
| | | | | State Filing Status: | Single; Alt Code 01 (CA) |
| | | | | State Exemptions: | 1 (CA) |

|  | Current 6/30/2019 - 7/6/2019 | | | YTD As of 7/6/2019 | |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 5,062.53 | | $2,239.59 | 90,369.11 | $53,100.11 |
| Holiday Pay | 8.00 | 27.2300 | $217.84 | 40.00 | $1,089.20 |
| Sick Pay | | | | 64.00 | $1,742.72 |
| Driver Vacation | | | | 40.00 | $1,680.00 |
| Driver Vacation: Cash Out | | | | 40.00 | $1,680.00 |
| CA Stop Unit | 10.25 | 15.6200 | $160.11 | 354.07 | $5,530.61 |
| CA Base Hourly Pay | 57.73 | 12.0000 | $692.76 | 1,457.46 | $17,473.54 |
| CA Meal Break Pay | 4.50 | 12.0000 | $54.00 | 108.61 | $1,302.18 |
| CA Meal Penalty | 1.00 | 30.5100 | $30.51 | 22.00 | $442.83 |
| CA Break Penalty | 1.00 | 30.5100 | $30.51 | 38.00 | $1,109.57 |
| CA Break Pay | 2.04 | 30.5100 | $62.24 | 53.85 | $1,595.69 |
| CA Regular Mileage Unit (p) | 4,978.01 | 0.1992 | $991.62 | 88,151.11 | $19,453.77 |
| **Memo Information** | | | | | |
| Health Employer | | | $93.66 | | $2,617.73 |
| Dental Employer | | | $0.67 | | $18.76 |
| LTD Employer | | | $3.20 | | $88.46 |
| HSA Match - 2000 Employee | | | | | $500.00 |
| **Pre-Tax Deductions** | | | $143.14 | | $4,007.21 |
| Dental Premiums, Pre-Tax | | | $6.02 | | $168.56 |
| Vision Premiums, Pre-Tax | | | $1.14 | | $31.92 |
| HSA Medical Premiums, Pre-Tax | | | $35.98 | | $1,006.73 |
| HSA2000Employee | | | $100.00 | | $2,800.00 |
| **Taxes** | | | $691.98 | | $15,174.51 |
| Fed W/H | | | $354.20 | | $7,543.58 |
| FICA EE | | | $129.98 | | $3,043.76 |
| Fed MWT EE | | | $30.40 | | $711.85 |
| CA W/H | | | $155.44 | | $3,351.39 |
| CA DT EE | | | $21.96 | | $523.93 |
| **Post-Tax Deductions** | | | $35.82 | | $1,002.96 |
| Supplemental Life - Employee | | | $34.20 | | $957.60 |
| AD&D Employee | | | $1.62 | | $45.36 |
| **Reimbursements** | 4.00 | | $60.00 | 86.00 | $1,303.63 |
| TMW - Nordstrom Layover & Meals | 4.00 | 15.0000 | $60.00 | 84.00 | $1,260.00 |
| TMW - Nordstrom Other (reimburse) | | | | 2.00 | $43.63 |
|  | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,428.65 | | $34,219.06 |
| Direct Deposit | | XXXXXXXX | $1,428.65 | | |

**Other Payroll Information**
Total Hours Worked    57.73

**Accruals & Balances**
| VAC Balance: | 35.54 Hours | VAC Accrued: | 1.54 Hours |
| Sick Balance: | 19.91 Hours | Sick Accrued: | 1.33 Hours |
| Floating Holiday Balance: | 0.00 Hours | | |



Page 1 of 1



| | | |
|---|---|---|
| **Employer Name:** | Cardinal Logistics Management Corp | |
| **Employer Phone:** | 704-786-6125 | |
| **Employer Address:** | 5333 Davidson Hwy Concord, NC 28027 | |

| | |
|---|---|
| **Employee Name:** | Mark Beatty |
| **Employee #:** | BEATMA2 |
| **Employee Address:** | 601 Ridge Pl Crestline, CA 92325 |
| **Department:** | Driver |
| **Job Title:** | Company Driver |

| | |
|---|---|
| **Pay Date:** | 7/5/2019 |
| **Pay Period:** | 6/23/2019 - 6/29/2019 |
| **Deposit Advice #:** | 263222158 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 12.0000 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 1/$0.00 |
| **State Filing Status:** | Single; Alt Code 01 (CA) |
| **State Exemptions:** | 1 (CA) |

| | Current 6/23/2019 - 6/29/2019 | | | YTD As of 6/29/2019 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 5,137.41 | | $2,211.16 | 85,306.58 | $50,860.52 |
| Holiday Pay | | | | 32.00 | $871.36 |
| Sick Pay | | | | 64.00 | $1,742.72 |
| Driver Vacation | | | | 40.00 | $1,680.00 |
| Driver Vacation: Cash Out | | | | 40.00 | $1,680.00 |
| CA Stop Unit | 14.56 | 15.6200 | $227.47 | 343.82 | $5,370.50 |
| CA Base Hourly Pay | 65.31 | 12.0000 | $783.72 | 1,399.73 | $16,780.78 |
| CA Meal Break Pay | 5.00 | 12.0000 | $60.00 | 104.11 | $1,248.18 |
| CA Meal Penalty | 1.00 | 29.5400 | $29.54 | 21.00 | $412.32 |
| CA Break Penalty | 1.00 | 29.5400 | $29.54 | 37.00 | $1,079.06 |
| CA Break Pay | 2.55 | 29.5400 | $75.33 | 51.81 | $1,533.45 |
| CA Regular Mileage Unit (p) | 5,047.99 | 0.1992 | $1,005.56 | 83,173.10 | $18,462.15 |
| **Memo Information** | | | | | |
| Health Employer | | | $93.66 | | $2,524.07 |
| Dental Employer | | | $0.67 | | $18.09 |
| LTD Employer | | | $3.20 | | $85.26 |
| HSA Match - 2000 Employee | | | | | $500.00 |
| **Pre-Tax Deductions** | | | $143.14 | | $3,864.07 |
| Dental Premiums, Pre-Tax | | | $6.02 | | $162.54 |
| Vision Premiums, Pre-Tax | | | $1.14 | | $30.78 |
| HSA Medical Premiums, Pre-Tax | | | $35.98 | | $970.75 |
| HSA2000Employee | | | $100.00 | | $2,700.00 |
| **Taxes** | | | $679.79 | | $14,482.53 |
| Fed W/H | | | $347.37 | | $7,189.38 |
| FICA EE | | | $128.22 | | $2,913.78 |
| Fed MWT EE | | | $29.99 | | $681.45 |
| CA W/H | | | $152.53 | | $3,195.95 |
| CA DT EE | | | $21.68 | | $501.97 |
| **Post-Tax Deductions** | | | $35.82 | | $967.14 |
| Supplemental Life - Employee | | | $34.20 | | $923.40 |
| AD&D Employee | | | $1.62 | | $43.74 |
| **Reimbursements** | 4.00 | | $60.00 | 82.00 | $1,243.63 |
| TMW - Nordstrom Layover & Meals | 4.00 | 15.0000 | $60.00 | 80.00 | $1,200.00 |
| TMW - Nordstrom Other (reimburse) | | | | 2.00 | $43.63 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,412.41 | | $32,790.41 |
| Direct Deposit | ~~~~~~ | XXXXXXXX~~ | $1,412.41 | | |

**Other Payroll Information**
Total Hours Worked    65.31

**Accruals & Balances**
| | | | |
|---|---|---|---|
| VAC Balance: | 34.00 Hours | VAC Accrued: | 1.54 Hours |
| Sick Balance: | 18.58 Hours | Sick Accrued: | 1.33 Hours |
| Floating Holiday Balance: | 0.00 Hours | | |



Page 1 of 1



| **Employer Name:** | Cardinal Logistics Management Corp | **Employee Name:** | Mark Beatty | **Pay Date:** | 6/28/2019 |
| --- | --- | --- | --- | --- | --- |
| **Employer Phone:** | 704-786-6125 | **Employee #:** | BEATMA2 | **Pay Period:** | 6/16/2019 - 6/22/2019 |
| | | **Employee Address:** | 601 Ridge Pl Crestline, CA 92325 | **Deposit Advice #:** | 262294850 |
| **Employer Address:** | 5333 Davidson Hwy Concord, NC 28027 | **Department:** | Driver | **Pay Frequency:** | Weekly |
| | | **Job Title:** | Company Driver | **Pay Rate:** | 12.0000 |
| | | | | **Federal Filing Status:** | Single |
| | | | | **Federal Exemptions:** | 1/$0.00 |
| | | | | **State Filing Status:** | Single; Alt Code 01 (CA) |
| | | | | **State Exemptions:** | 1 (CA) |

| | Current 6/16/2019 - 6/22/2019 | | | YTD As of 6/22/2019 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 4,478.81 | | $1,606.51 | 80,169.16 | $48,649.36 |
| Holiday Pay | | | | 32.00 | $871.36 |
| Sick Pay | | | | 64.00 | $1,742.72 |
| Driver Vacation | | | | 40.00 | $1,680.00 |
| Driver Vacation: Cash Out | | | | 40.00 | $1,680.00 |
| CA Stop Unit | 6.00 | 15.6200 | $93.72 | 329.26 | $5,143.03 |
| CA Base Hourly Pay | 44.57 | 12.0000 | $534.84 | 1,334.42 | $15,997.06 |
| CA Meal Break Pay | 3.50 | 12.0000 | $42.00 | 99.11 | $1,188.18 |
| CA Meal Penalty | | | | 20.00 | $382.78 |
| CA Break Penalty | | | | 36.00 | $1,049.52 |
| CA Break Pay | 1.70 | 32.2800 | $54.88 | 49.26 | $1,458.12 |
| CA Regular Mileage Unit (p) | 4,423.04 | 0.1992 | $881.07 | 78,125.11 | $17,456.59 |
| **Memo Information** | | | | | |
| Health Employer | | | $93.66 | | $2,430.41 |
| Dental Employer | | | $0.67 | | $17.42 |
| LTD Employer | | | $3.20 | | $82.06 |
| HSA Match - 2000 Employee | | | | | $500.00 |
| **Pre-Tax Deductions** | | | $143.14 | | $3,720.93 |
| Dental Premiums, Pre-Tax | | | $6.02 | | $156.52 |
| Vision Premiums, Pre-Tax | | | $1.14 | | $29.64 |
| HSA Medical Premiums, Pre-Tax | | | $35.98 | | $934.77 |
| HSA2000Employee | | | $100.00 | | $2,600.00 |
| **Taxes** | | | $426.73 | | $13,802.74 |
| Fed W/H | | | $208.46 | | $6,842.01 |
| FICA EE | | | $90.73 | | $2,785.56 |
| Fed MWT EE | | | $21.22 | | $651.46 |
| CA W/H | | | $90.68 | | $3,043.42 |
| CA DT EE | | | $15.64 | | $480.29 |
| **Post-Tax Deductions** | | | $35.82 | | $931.32 |
| Supplemental Life - Employee | | | $34.20 | | $889.20 |
| AD&D Employee | | | $1.62 | | $42.12 |
| **Reimbursements** | 4.00 | | $60.00 | 78.00 | $1,183.63 |
| TMW - Nordstrom Layover & Meals | 4.00 | 15.0000 | $60.00 | 76.00 | $1,140.00 |
| TMW - Nordstrom Other (reimburse) | | | | 2.00 | $43.63 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,060.82 | | $31,378.00 |
| Direct Deposit | ████ | XXXXXXXX████ | $1,060.82 | | |

| **Other Payroll Information** | |
| --- | --- |
| Total Hours Worked | 44.57 |

| **Accruals & Balances** | | | |
| --- | --- | --- | --- |
| VAC Balance: | 32.46 Hours | VAC Accrued: | 1.54 Hours |
| Sick Balance: | 17.25 Hours | Sick Accrued: | 1.33 Hours |
| Floating Holiday Balance: | 0.00 Hours | | |



Page 1 of 1



| Employee Name: | Mark Beatty | Pay Date: | 6/21/2019 |
| --- | --- | --- | --- |
| Employee #: | BEATMA2 | Pay Period: | 6/9/2019 - 6/15/2019 |
| Employee Address: | 601 Ridge Pl, Crestline, CA 92325 | Deposit Advice #: | 261015910 |
| Department: | Driver | Pay Frequency: | Weekly |
| Job Title: | Company Driver | Pay Rate: | 12.0000 |
| | | Federal Filing Status: | Single |
| | | Federal Exemptions: | 1/$0.00 |
| | | State Filing Status: | Single; Alt Code 01 (CA) |
| | | State Exemptions: | 1 (CA) |

| Employer Name: | Cardinal Logistics Management Corp |
| --- | --- |
| Employer Phone: | 704-786-6125 |
| Employer Address: | 5333 Davidson Hwy, Concord, NC 28027 |

| | Current 6/9/2019 - 6/15/2019 | | | YTD As of 6/15/2019 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 4,949.00 | | $2,133.96 | 75,690.35 | $47,042.85 |
| Holiday Pay | | | | 32.00 | $871.36 |
| Sick Pay | | | | 64.00 | $1,742.72 |
| Driver Vacation | | | | 40.00 | $1,680.00 |
| Driver Vacation: Cash Out | | | | 40.00 | $1,680.00 |
| CA Stop Unit | 8.75 | 15.6200 | $136.68 | 323.26 | $5,049.31 |
| CA Base Hourly Pay | 66.36 | 12.0000 | $796.32 | 1,289.85 | $15,462.22 |
| CA Meal Break Pay | 5.00 | 12.0000 | $60.00 | 95.61 | $1,146.18 |
| CA Meal Penalty | | | | 20.00 | $382.78 |
| CA Break Penalty | | | | 36.00 | $1,049.52 |
| CA Break Pay | 2.89 | 28.4200 | $82.13 | 47.56 | $1,403.24 |
| CA Regular Mileage Unit (p) | 4,137.00 | 0.1992 | $824.09 | 73,702.07 | $16,575.52 |
| CA Regular Mileage Unit (p) | 729.01 | 0.3220 | $234.74 | | |
| **Memo Information** | | | | | |
| Health Employer | | | $93.66 | | $2,336.75 |
| Dental Employer | | | $0.67 | | $16.75 |
| LTD Employer | | | $3.20 | | $78.86 |
| HSA Match - 2000 Employee | | | | | $500.00 |
| **Pre-Tax Deductions** | | | $143.14 | | $3,577.79 |
| Dental Premiums, Pre-Tax | | | $6.02 | | $150.50 |
| Vision Premiums, Pre-Tax | | | $1.14 | | $28.50 |
| HSA Medical Premiums, Pre-Tax | | | $35.98 | | $898.79 |
| HSA2000Employee | | | $100.00 | | $2,500.00 |
| **Taxes** | | | $646.67 | | $13,376.01 |
| Fed W/H | | | $328.84 | | $6,633.55 |
| FICA EE | | | $123.43 | | $2,694.83 |
| Fed MWT EE | | | $28.86 | | $630.24 |
| CA W/H | | | $144.64 | | $2,952.74 |
| CA DT EE | | | $20.90 | | $464.65 |
| **Post-Tax Deductions** | | | $35.82 | | $895.50 |
| Supplemental Life - Employee | | | $34.20 | | $855.00 |
| AD&D Employee | | | $1.62 | | $40.50 |
| **Reimbursements** | 4.00 | | $60.00 | 74.00 | $1,123.63 |
| TMW - Nordstrom Layover & Meals | 4.00 | 15.0000 | $60.00 | 72.00 | $1,080.00 |
| TMW - Nordstrom Other (reimburse) | | | | 2.00 | $43.63 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,368.33 | | $30,317.18 |
| Direct Deposit | ~~~~ | XXXXXXXX~~~~ | $1,368.33 | | |

**Other Payroll Information**
Total Hours Worked    66.36

**Accruals & Balances**
| VAC Balance: | 30.93 Hours | VAC Accrued: | 1.54 Hours |
| --- | --- | --- | --- |
| Sick Balance: | 15.92 Hours | Sick Accrued: | 1.33 Hours |
| Floating Holiday Balance: | 0.00 Hours | | |



Page 1 of 1



| **Employee Name:** | Mark Beatty | **Pay Date:** | 6/14/2019 |
| --- | --- | --- | --- |
| **Employee #:** | BEATMA2 | **Pay Period:** | 6/2/2019 - 6/8/2019 |
| **Employee Address:** | 601 Ridge Pl  Crestline, CA 92325 | **Deposit Advice #:** | 259970492 |
| **Department:** | Driver | **Pay Frequency:** | Weekly |
| **Job Title:** | Company Driver | **Pay Rate:** | 12.0000 |
| | | **Federal Filing Status:** | Single |
| | | **Federal Exemptions:** | 1/$0.00 |
| | | **State Filing Status:** | Single; Alt Code 01 (CA) |
| | | **State Exemptions:** | 1 (CA) |

| **Employer Name:** | Cardinal Logistics Management Corp |
| --- | --- |
| **Employer Phone:** | 704-786-6125 |
| **Employer Address:** | 5333 Davidson Hwy  Concord, NC 28027 |

| | Current  6/2/2019 - 6/8/2019 | | | YTD  As of 6/8/2019 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 4,444.47 | | $1,658.61 | 70,741.34 | $44,908.89 |
| Holiday Pay | | | | 32.00 | $871.36 |
| Sick Pay | | | | 64.00 | $1,742.72 |
| Driver Vacation | | | | 40.00 | $1,680.00 |
| Driver Vacation: Cash Out | | | | 40.00 | $1,680.00 |
| CA Stop Unit | 5.75 | 15.6200 | $89.82 | 314.51 | $4,912.63 |
| CA Base Hourly Pay | 45.52 | 12.0000 | $546.24 | 1,223.49 | $14,665.90 |
| CA Meal Break Pay | 2.50 | 12.0000 | $30.00 | 90.61 | $1,086.18 |
| CA Meal Penalty | 1.00 | 32.0700 | $32.07 | 20.00 | $382.78 |
| CA Break Penalty | 1.00 | 32.0700 | $32.07 | 36.00 | $1,049.52 |
| CA Break Pay | 1.70 | 32.0700 | $54.52 | 44.67 | $1,321.11 |
| CA Regular Mileage Unit (p) | 4,387.00 | 0.1992 | $873.89 | 68,836.06 | $15,516.69 |
| **Memo Information** | | | | | |
| Health Employer | | | $93.66 | | $2,243.09 |
| Dental Employer | | | $0.67 | | $16.08 |
| LTD Employer | | | $3.20 | | $75.66 |
| HSA Match - 2000 Employee | | | | | $500.00 |
| **Pre-Tax Deductions** | | | $143.14 | | $3,434.65 |
| Dental Premiums, Pre-Tax | | | $6.02 | | $144.48 |
| Vision Premiums, Pre-Tax | | | $1.14 | | $27.36 |
| HSA Medical Premiums, Pre-Tax | | | $35.98 | | $862.81 |
| HSA2000Employee | | | $100.00 | | $2,400.00 |
| **Taxes** | | | $448.03 | | $12,729.34 |
| Fed W/H | | | $219.92 | | $6,304.71 |
| FICA EE | | | $93.96 | | $2,571.40 |
| Fed MWT EE | | | $21.98 | | $601.38 |
| CA W/H | | | $96.01 | | $2,808.10 |
| CA DT EE | | | $16.16 | | $443.75 |
| **Post-Tax Deductions** | | | $35.82 | | $859.68 |
| Supplemental Life - Employee | | | $34.20 | | $820.80 |
| AD&D Employee | | | $1.62 | | $38.88 |
| **Reimbursements** | 4.00 | | $66.74 | 70.00 | $1,063.63 |
| TMW - Nordstrom Layover & Meals | 3.00 | 15.0000 | $45.00 | 68.00 | $1,020.00 |
| TMW - Nordstrom Other (reimburse) | 1.00 | 21.7400 | $21.74 | 2.00 | $43.63 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,098.36 | | $28,948.85 |
| Direct Deposit | | XXXXXXXX**** | $1,098.36 | | |

**Other Payroll Information**

| Total Hours Worked | 45.52 |
| --- | --- |

**Accruals & Balances**

| VAC Balance: | 29.39 Hours | VAC Accrued: | 1.54 Hours |
| --- | --- | --- | --- |
| Sick Balance: | 14.59 Hours | Sick Accrued: | 1.33 Hours |
| Floating Holiday Balance: | 0.00 Hours | | |



Page 1 of 1



| Employer Name: | Cardinal Logistics Management Corp | Employee Name: | Mark Beatty | Pay Date: | 6/7/2019 |
|---|---|---|---|---|---|
| | | Employee #: | BEATMA2 | Pay Period: | 5/26/2019 - 6/1/2019 |
| | | Employee Address: | 601 Ridge Pl Crestline, CA 92325 | Deposit Advice #: | 258791480 |
| Employer Phone: | 704-786-6125 | Department: | Driver | Pay Frequency: | Weekly |
| | | Job Title: | Company Driver | Pay Rate: | 12.0000 |
| Employer Address: | 5333 Davidson Hwy Concord, NC 28027 | | | Federal Filing Status: | Single |
| | | | | Federal Exemptions: | 1/$0.00 |
| | | | | State Filing Status: | Single; Alt Code 01 (CA) |
| | | | | State Exemptions: | 1 (CA) |

| | Current 5/26/2019 - 6/1/2019 | | | YTD As of 6/1/2019 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 4,791.47 | | $2,250.46 | 66,296.88 | $43,250.28 |
| Holiday Pay | 8.00 | 27.2300 | $217.84 | 32.00 | $871.36 |
| Sick Pay | | | | 64.00 | $1,742.72 |
| Driver Vacation | | | | 40.00 | $1,680.00 |
| Driver Vacation: Cash Out | | | | 40.00 | $1,680.00 |
| CA Stop Unit | 6.75 | 15.6200 | $105.44 | 308.76 | $4,822.81 |
| CA Base Hourly Pay | 62.99 | 12.0000 | $755.88 | 1,177.97 | $14,119.66 |
| CA Meal Break Pay | 5.00 | 12.0000 | $60.00 | 88.11 | $1,056.18 |
| CA Meal Penalty | | | | 19.00 | $350.71 |
| CA Break Penalty | | | | 35.00 | $1,017.45 |
| CA Break Pay | 2.72 | 28.7500 | $78.20 | 42.97 | $1,266.59 |
| CA Regular Mileage Unit (p) | 3,927.01 | 0.1992 | $782.26 | 64,449.07 | $14,642.80 |
| CA Regular Mileage Unit (p) | 779.01 | 0.3220 | $250.84 | | |
| **Memo Information** | | | | | |
| Health Employer | | | $93.66 | | $2,149.43 |
| Dental Employer | | | $0.67 | | $15.41 |
| LTD Employer | | | $3.20 | | $72.46 |
| HSA Match - 2000 Employee | | | | | $500.00 |
| **Pre-Tax Deductions** | | | $143.14 | | $3,291.51 |
| Dental Premiums, Pre-Tax | | | $6.02 | | $138.46 |
| Vision Premiums, Pre-Tax | | | $1.14 | | $26.22 |
| HSA Medical Premiums, Pre-Tax | | | $35.98 | | $826.83 |
| HSA2000Employee | | | $100.00 | | $2,300.00 |
| **Taxes** | | | $696.62 | | $12,281.31 |
| Fed W/H | | | $356.80 | | $6,084.79 |
| FICA EE | | | $130.65 | | $2,477.44 |
| Fed MWT EE | | | $30.55 | | $579.40 |
| CA W/H | | | $156.55 | | $2,712.09 |
| CA DT EE | | | $22.07 | | $427.59 |
| **Post-Tax Deductions** | | | $35.82 | | $823.86 |
| Supplemental Life - Employee | | | $34.20 | | $786.60 |
| AD&D Employee | | | $1.62 | | $37.26 |
| **Reimbursements** | 4.00 | | $60.00 | 66.00 | $996.89 |
| TMW - Nordstrom Layover & Meals | 4.00 | 15.0000 | $60.00 | 65.00 | $975.00 |
| TMW - Nordstrom Other (reimburse) | | | | 1.00 | $21.89 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,434.88 | | $27,850.49 |
| Direct Deposit | ▓▓▓▓ | XXXXXXX▓ | $1,434.88 | | |

**Other Payroll Information**
Total Hours Worked    62.99

**Accruals & Balances**
| VAC Balance: | 27.85 Hours | VAC Accrued: | 1.54 Hours |
|---|---|---|---|
| Sick Balance: | 13.26 Hours | Sick Accrued: | 1.33 Hours |
| Floating Holiday Balance: | 0.00 Hours | | |



Page 1 of 1