United States Bankruptcy Court

Central District of California

In re:

Mark Allen Beatty

    Debtor(s)

Case No. 19-17249-MH

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6            User: admin            Page 1 of 3

Date Rcvd: Nov 17, 2020            Form ID: 318a            Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Mark Allen Beatty, PO Box 189, Crestline, CA 92325-0189 |
| 39748635 | + | Lakeview Loan Servicing, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 39940377 | + | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 39748636 | + | Loan Me, Inc., 1900 S. State College Blvd., Ste. 300, Anaheim, CA 92806-6152 |
| 39827201 | + | LoanMe, Inc., 1900 S State College Blvd Suite 300, Anaheim, CA 92806-6152 |
| 39748637 | | Mountains Community Hospital, P.O. Box 70, Lake Arrowhead, CA 92352-0070 |
| 39748640 | | Western Sierra Emergency Phys, P.O. Box 661177, Arcadia, CA 91066-1177 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | EDI: EDD.COM | Nov 18 2020 06:33:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 18 2020 06:33:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Nov 18 2020 06:33:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 39748625 | + | Email/Text: bk@avant.com | Nov 18 2020 03:26:00 | Avant, 222 N. LaSalle St., Ste. 1700, Chicago, IL 60601-1101 |
| 39748626 | + | EDI: BANKAMER.COM | Nov 18 2020 06:28:00 | Bank of America, P.O.Box 15019, Wilmington, DE 19850-5019 |
| 39748627 | + | EDI: DVTM.COM | Nov 18 2020 06:33:00 | Bridgecrest Acceptance Corp., 7300 E. Hampton Ave., Ste. 101, Mesa, AZ 85209-3324 |
| 39924274 | + | EDI: DVTM.COM | Nov 18 2020 06:33:00 | Bridgecrest Credit Company,LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 39748628 | | EDI: CAPITALONE.COM | Nov 18 2020 06:28:00 | Capital One, P.O. Box 60024, City Of Industry, CA 91716-0024 |
| 39748629 | + | EDI: CAPITALONE.COM | Nov 18 2020 06:28:00 | Capital One, P.O. Box 60599, City of Industry, CA 91716-0599 |
| 39748630 | | EDI: CAPITALONE.COM | Nov 18 2020 06:28:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 39748631 | | EDI: CAPONEAUTO.COM | Nov 18 2020 06:33:00 | Capital One Auto Finance, P.O. Box 60511, City Of Industry, CA 91716-0511 |
| 39764606 | + | EDI: AISACG.COM | Nov 18 2020 06:33:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 39791471 | | EDI: CAPITALONE.COM | Nov 18 2020 06:28:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

District/off: 0973-6      User: admin      Page 2 of 3

Date Rcvd: Nov 17, 2020      Form ID: 318a      Total Noticed: 29

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | 28272-1083 |
| 40022317 | EDI: CALTAX.COM | Nov 18 2020 06:33:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 39748632 | EDI: BLUESTEM | Nov 18 2020 06:33:00 | Fingerhut, P.O. Box 166, Newark, NJ 07101-0166 |
| 39748633 | EDI: AMINFOFP.COM | Nov 18 2020 06:33:00 | First Premier Bank, P.O. Box 5147, Sioux Falls, SD 57117-5147 |
| 39748634 | + EDI: IRS.COM | Nov 18 2020 06:28:00 | IRS Insolvency Group 2, 880 Front Street, San Diego, CA 92101-8897 |
| 39748636 | + Email/Text: bankruptcy@servicingsolutions.com | Nov 18 2020 03:26:00 | Loan Me, Inc., 1900 S. State College Blvd., Ste. 300, Anaheim, CA 92806-6152 |
| 39827201 | + Email/Text: bankruptcy@servicingsolutions.com | Nov 18 2020 03:26:00 | LoanMe, Inc., 1900 S State College Blvd Suite 300, Anaheim, CA 92806-6152 |
| 39748638 | + Email/Text: netcreditbnc@enova.com | Nov 18 2020 03:26:58 | Net Credit, 175 W. Jackson Blvd., Ste. 1000, Chicago, IL 60604-2863 |
| 39759194 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2020 03:36:22 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 39843505 | + EDI: JEFFERSONCAP.COM | Nov 18 2020 06:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 39748639 | + Email/Text: RiskManagement@radiusbank.com | Nov 18 2020 03:26:00 | Radius Bank, One Harbor Street, Boston, MA 02210-2445 |
| 39935467 | + EDI: RMSC.COM | Nov 18 2020 06:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Capital One Auto Finance, a division of Capital On |
| intp | | Courtesy NEF |
| cr | | Lakeview Loan Servicing, LLC |
| cr | | LoanCare, LLC as servicer for Lakeview Loan Servic |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2020      Signature:    /s/Joseph Speetjens

District/off: 0973-6                         User: admin                                    Page 3 of 3

Date Rcvd: Nov 17, 2020                     Form ID: 318a                                Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christina J Khil | on behalf of Creditor LoanCare  LLC as servicer for Lakeview Loan Servicing, LLC christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Christina J Khil | on behalf of Creditor Lakeview Loan Servicing  LLC christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Jeffrey D Larkin | on behalf of Debtor Mark Allen Beatty larkinfirm@gmail.com  larkinjr71997@notify.bestcase.com |
| Kelli M Brown | on behalf of Creditor Lakeview Loan Servicing  LLC kbrown@mclaw.org, CACD_ECF@mclaw.org |
| Ketan G Sawarkar | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LP ketan.sawarkar@americaninfosource.com |
| Lynda T. Bui (TR) | trustee.bui@shulmanbastian.com  C115@ecfcbis.com |
| Marjorie M Johnson | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. mmjesq@yahoo.com, ca.ecf@aislegaltrac.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 9

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Mark Allen Beatty** | Social Security number or ITIN | **xxx–xx–1263** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **6:19–bk–17249–MH**

## Order of Discharge – Chapter 7                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark Allen Beatty

 [include all names used by each debtor, including trade names, within
the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/17/20

**Dated:** <u>11/17/20</u>

**By the court:** <u>Mark D. Houle</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**46/AUT**

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---